IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| C.K., a minor child, by and through his Mother and Next Friend, B.M, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case 1:23-cv-01133-JDB-jay |
| West Carroll Special School District ) Board of Education, et al. ) ) | |
| Defendant. ) | |

**RULE 26(f) REPORT**

1. Pursuant to Fed. R. Civ. P. 26(f), Ashley Shoemaker Walter, counsel for plaintiff, and Nathan D. Tilly, counsel for defendants conferred on October 18, 2023, regarding the issues set forth below.

2. **Initial Disclosures**. The parties will complete by **November 23, 2023**, the initial disclosures required by Rule 26(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

   (a)   Discovery will be needed on these subjects:

   1. Liability;
   2. Causation;
   3. Damages; and
   4. Defendants' Affirmative Defenses.

   (b)   The disclosure or discovery of electronically stored information is not anticipated to be an issue in this case. To the extent that disclosure or discovery of electronic stored information does become an issue, the parties will meet to confer over the proper handling of same

and will supplement this Discovery Plan accordingly.

(c) The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert said claims after production, will be governed by the procedures outlined in Rule 26(b)(5) of the FEDERAL RULES OF CIVIL PROCEDURE.

(d) Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery is as follows:

COMPLETING ALL DISCOVERY AS FOLLOWS: **September 4, 2024**

WRITTEN DISCOVERY:   **August 5, 2024**

FACT DISCOVERY DEPOSITIONS: **September 4, 2024**

EXPERT DISCLOSURES (Rule 26):

    (i) Plaintiff's Rule 26 Experts:   **July 5, 2024**

    (ii) Defendants' Rule 26 Experts:  **August 5, 2024**

    (iii) Supplementation under Rule 26:  **September 4, 2024**

EXPERT WITNESS DEPOSITIONS: **September 4, 2024**

(e) Maximum number of interrogatories by each party to another party shall not exceed 25 with response to said interrogatories being due 30 days after service of same.

(f) The maximum number of requests for admissions by each party to another party shall not exceed 25 with responses to said request for admissions being due 30 days after service of same.

(g) The maximum number of depositions for each party not including Rule 26 designated Experts shall be 15, unless additional depositions are agreed to in writing by the parties.

(h) The length of any individual deposition shall not exceed 7 hours in deposition time unless an extension is agreed to in writing by the parties.

4. **Other Items:**

(a) Final dates for parties to amend pleadings or join parties: **January 8, 2024**

(b) Final dates to file dispositive motions: **October 4, 2024**

(c) State the prospects for settlement: At the conclusion of discovery.

(d) Identify any alternative dispute resolution procedure that may enhance settlement prospects: The parties will participate in the court required ADR by **February 1, 2024**.

(e) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition and exhibit lists:

    (i) Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

    (ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(f) Final dates to file objections under Rule 26(a)(3):

    (i) Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

    (ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(g) Suggested trial date and estimate of trial length:

    (i) Suggested Trial Date: At the convenience of the Court.

    (ii) Estimated Trial Length: 4-5 days

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:   s/Nathan D. Tilly
Nathan D. Tilly (#31318)
*Attorneys for Defendants, West Carroll Special School District Board of Education, Clayton Morris and Preston Caldwell*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com
hrussell@pgtfirm.com

HMC CIVIL RIGHTS LAW, PLLC

By:   s/Heather Moore Collins (*w/permission*)
Heather Moore Collins (#026099)
Ashley Shoemaker Walter (#037651)
*Attorneys for Plaintiff*
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

   Heather Moore Collins
   Ashley Shoemaker Walter
   Caroline Drinnon
   HMC Civil Rights Law, PLLC
   7000 Executive Center Dr., Ste. 320
   Brentwood, TN  37027

on or before the filing date thereof.

DATE:  This the 26th day of October, 2023.

                                                 By:   s/Nathan D. Tilly
                                                          Nathan D. Tilly